Same case below, 431 Fed. Appx. 507.

**No. 11-7671. Sagrario Valdez, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1068, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 523.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7673. Ervin Thomas, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1068, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 422.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7676. John E. Jefferson, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1068, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 483.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 652 F.3d 927.

**No. 11-7680. Freddie Mason, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1068, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 429.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 440 Fed. Appx. 370.

**No. 11-7681. Jack Deon Cooper, aka Donald Deon Jones, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1069, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 443.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 710.

**No. 11-7684. James J. Parisi, Jr., Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1069, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 452.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 658 F.3d 1.

**No. 11-7686. Ponciano Torres, Petitioner v. United States.**

565 U.S. 1137, 132 S. Ct. 1069, 181 L. Ed. 2d 783, 2012 U.S. LEXIS 439.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 433 Fed. Appx. 292.